IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 OCT 17 A 8:55

CLERK_____
SO. DIST. OF GA.

|  |  |
|---|---|
| CHERYL M. REEVES, | * |
| Plaintiff, | * |
| v. | *   CV 105-76 |
| JO ANNE B. BARNHART, Commissioner of Social Security | * |
| Defendant. | * |

## ORDER

Presently before the Court in the captioned case are Plaintiff's objections to the United States Magistrate Judge's Report and Recommendation that the Commissioner of Social Security's decision to deny Plaintiff's application for disability benefits and Supplemental Security Income be affirmed. (Doc. No. 26.) As Defendant correctly points out, seven of Plaintiff's eight objections to the Report and Recommendation are virtually identical to Plaintiff's initial brief. After a careful, *de novo* review of the file, those seven objections which were recycled from Plaintiff's initial brief are found to be without merit and are **OVERRULED**.

Plaintiff's third numbered objection, however, deserves further comment. In that objection, Plaintiff asserts that

DHB (39)                                                      CCC:

the "Magistrate Judge found that [Plaintiff] could not be suffering from depression unless she was inflicted [sic] by an underlying illness, and that, in the absence of objective medical findings, there is no basis to support the conclusion of [Plaintiff's treating psychiatrist] Dr. Azar that [Plaintiff] suffers from depression." (Doc. No. 26 at 12.) Plaintiff further claims that such a finding by the Magistrate Judge would contradict the administrative law judge's express finding that Plaintiff suffers from depression. Id. (citing Tr. 34, ¶ 3).

A careful review of the Report and Recommendation reveals no such conflict between the Magistrate Judge's commentary and the administrative law judge's findings. Instead of finding that Plaintiff does not suffer from depression, the Magistrate Judge merely noted that the administrative law judge based his ultimate disability determination on "the lack of objective, physical limitations or illnesses to support the 'mood disorder' diagnosed by Plaintiff's treating psychiatrists." (Doc. No. 20 at 7.) Because no one disputes the finding that Plaintiff suffers from depression, Plaintiff's objection to the Magistrate Judge's commentary on this issue is **OVERRULED**.

Having considered Plaintiff's objections and finding them to be without merit, the Court concurs with the Magistrate Judge's Report and Recommendation. Accordingly, the Report

2

and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. The final decision of the Commissioner of Social Security is **AFFIRMED** and the Clerk is directed to **ENTER** final judgment in favor of the Commissioner.

**ORDER ENTERED** at Augusta, Georgia, this ___17th___ day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE